UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>ABEL CRUZ,<br><br>                Defendant. | CASE NO. 2:22-cr-00179-LK<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 162, seeking to forfeit to the United States Defendant Abel Cruz's interest in $29,486 in U.S. currency seized from his residence in Des Moines, Washington on or about October 25, 2022 (the "Subject Property").

The Court, having reviewed the Government's motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On December 10, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) as property that facilitated,

FINAL ORDER OF FORFEITURE - 1

and/or that constitutes proceeds of, Mr. Cruz's commission of Conspiracy to Distribute Controlled Substances. Dkt. No. 145 at 2.

- Thereafter, the Government published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C). Dkt. No. 149. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A), the Government also provided direct notice to one potential claimant to the Subject Property (S.B.) and attempted to provide direct notice to two other claimants (M.L. and A.J.), but the notices were returned as undeliverable. Dkt. No. 163 at 1–2; Dkt. No. 162 at 2–3.

- The time for filing third-party claims to the Subject Property has expired, and none were filed. Dkt. No. 162 at 3.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law; and

4. The Court will retain jurisdiction for the purpose of enforcing the Final Order of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 1st day of May, 2025.

Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 2